■ RICHARD L. LA VALLEE, Appellant, v IRA J. PEER et al., Respondents. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Lynch, J. (Appeal from order of Oneida Supreme Court — dismiss action.) Present — Cardamone, J.P., Simons, Callahan, Moule and Schnepp, JJ.